1

2
                                                         JS - 6
3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  FRESH DIRECT, INC., et  )    Case No. EDCV 09-02217
    al.,                    )    VAP(OPx)
12                          )
                Plaintiff,  )    **JUDGMENT**
13                          )
          v.                )
14                          )
    DESERT STAR PRODUCE,     )
15  LLC, et al.,            )
                            )
16              Defendants.
    _____

17

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Court's May 11, 2010 Order, IT IS

20  ORDERED AND ADJUDGED that:

21       (1)  Plaintiff Fresh Direct, Inc. recover from

22            Defendants Desert Star Produce, LLC; Damon

23            Baldiviez; and Mary Beth Baldiviez, jointly and

24            severally, the amount of $213,182.45 plus

25            accrued interest and finance charges through May

26            11, 2010 in the amount of $29,895.05;

27       (2)  Plaintiff Deardorff-Jackson Co. recover from

28            Defendants Desert Star Produce, LLC; Damon

Baldiviez; and Mary Beth Baldiviez, jointly and severally, the amount of $40,124.65 plus accrued interest and finance charges through May 11, 2010 in the amount of $5,208.11;

(3)   Plaintiff Nat Feinn Sales Corporation recover from Defendants Desert Star Produce, LLC; Damon Baldiviez; and Mary Beth Baldiviez, jointly and severally, the amount of $9,278.40 plus accrued interest and finance through May 11, 2010 in the amount of $600.25;

(4)   Plaintiffs Fresh Direct, Inc. and Deardorff-Jackson Co., collectively, recover from Defendants Desert Star Produce, LLC; Damon Baldiviez; and Mary Beth Baldiviez, jointly and severally, the amount of $9,120.37 for attorney's fees; and

(5)   Plaintiffs Fresh Direct, Inc; Deardorff-Jackson Co.; and Nat Feinn Sales Corporation, collectively, recover from Defendants Desert Star Produce, LLC; Damon Baldiviez; and Mary Beth Baldiviez, jointly and severally, the amount of $350.00 for costs of suit.

The Court orders that such judgment be entered. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

Dated: May 24, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge

2