JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### (EASTERN DIVISION)

| | |
|---|---|
| FRESH DIRECT, INC., an Arizona corporation; DEARDORFF-JACKSON CO. d/b/a DEARDORFF FAMILY FARMS, a California corporation; NAT FEINN SALES CORPORATION, a California corporation, | CASE NO. ED-CV-09-02217-VAP (OPx) |
| | ~~[PROPOSED]~~ DISMISSAL |
| | [Fed.R.Civ.P. Rule 54(b), 55(b)(2)] |
| Plaintiff, | |
| v. | |
| DESERT STAR PRODUCE, LLC, a limited liability company; DAMON BALDIVIEZ, an individual; MARY BETH BALDIVIEZ, an individual; VIRGINIA BALDIVIEZ aka GINA BALDIVIEZ, an individual; JOHN BALDIVIEZ, an individual, | |
| Defendants. | |

09-359/Proposed Dismissal FINAL 6-17-10.doc      1

1    Having read and considered Plaintiffs FRESH DIRECT, INC.,

2    DEARDORFF-JACKSON CO. d/b/a DEARDORFF FAMILY FARMS, and NAT

3    FEINN SALES CORPORATION, (collectively "Plaintiffs"), and Defendants

4    JOHN BALDIVIEZ and VIRGINIA BALDIVIEZ aka GINA BALDIVIEZ aka

5    GINNA BALDIVIEZ ("JB and VB")'s Stipulation Re: Settlement and Dismissal

6    of the above-captioned matter, and good cause appearing therefor;

7       IT IS HEREBY ORDERED that Defendants JOHN BALDIVIEZ and

8    VIRGINIA BALDIVIEZ aka GINA BALDIVIEZ aka GINNA BALDIVIEZ are

9    dismissed with prejudice, but subject to immediate reopening upon Plaintiffs' or

10   Defendants' ex parte application to enforce or interpret the terms of the settlement

11   agreement.

12      IT IS FURTHER ORDERED that each party to bear his/her/its own costs

13   and attorney's fees incurred in this matter.

14      IT IS FURTHER ORDERED that this Court shall retain exclusive personal

15   and subject matter jurisdiction over this matter for the purpose of enforcing or

16   interpreting the terms of the settlement agreement and to enter and enforce

17   judgment as contemplated therein.

18      IT IS SO ORDERED.

19

20   DATED: July 16 2010            By: _____

21                                      HON. VIRGINIA A. PHILLIPS

22                                      JUDGE, U.S. DISTRICT COURT

23

24

25

26

27

28

09-359/Proposed Dismissal FINAL 6-17-10.doc    2