JUNE MONROE
State Bar No. 284763
RYNN & JANOWSKY, LLP
2603 Main Street, Suite 1250
Irvine, CA 92614
Tel: 949-752-2911
Fax: 949-752-0953
email: june@rjlaw.com

Attorneys for Judgment Creditor/Plaintiff
FRESH DIRECT, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION)

| | |
|---|---|
| FRESH DIRECT, INC., an Arizona corporation; DEARDORFF-JACKSON CO. d/b/a DEARDORFF FAMILY FARMS, a California corporation; NAT FEINN SALES CORPORATION, a California corporation,<br><br>    Plaintiff,<br> v.<br><br>DESERT STAR PRODUCE, LLC, a limited liability company; DAMON BALDIVIEZ, an individual; MARY BETH BALDIVIEZ, an individual; VIRGINIA BALDIVIEZ aka GINA BALDIVIEZ, an individual; JOHN BALDIVIEZ, an individual<br><br>    Defendants. | CASE NO. ED-CV-09-02217-VAP (OPx)<br><br>[~~PROPOSED~~] **RENEWAL OF JUDGMENT BY CLERK** |

Having read and considered Plaintiff/Judgment Creditor Fresh Direct, Inc.'s application for and renewal of judgment, affidavit of June Monroe in support thereof, and good cause appearing therefor,

RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiff FRESH DIRECT, INC., and against Defendants DESERT STAR PRODUCE, LLC, a limited liability company; DAMON BALDIVIEZ, an individual; and MARY BETH BALDIVIEZ, an individual, jointly and severally, in the following amounts:

| a. Total judgment | | $252,547.87 |
|---|---|---|
| Principal | $213,182.45 | |
| Attorneys Fees | $9,120.37 | |
| Costs | $350.00 | |
| Pre-Judgment Interest | $29,895.05 | |
| b. Costs after judgment | | -0- |
| c. Subtotal | | $252,547.87 |
| d. Credits after judgment | | $116,224.15 |
| e. Subtotal | | $136,323.72 |
| f. Interest after judgment at 0.35% per annum (from 5-25-2010 to 4-20-2020) | | $5,417.59 |
| g. Fee for filing renewal application | | -0- |
| h. TOTAL RENEWED JUDGMENT | | $141,741.31 |

Plaintiff shall continue to recover post-judgment interest pursuant to 28 U.S.C. § 1961 on the unpaid balance until fully paid.

DATED: 05/19/2020                    By: _____
                                      KIRY K. GRAY, CLERK, U.S. DISTRICT COURT
                                            by Deputy Clerk

2